UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61549-ALTMAN/HUNT

OFER ALIANI,

      Plaintiff,

vs.

YUM BERRY, LLC, and
AMOS CHANERO,

      Defendants.

_____/

**<u>PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANTS</u>**

      Plaintiff, Ofer Aliani, files the Returns of Service on Defendants, Yum Berry, LLC (June 25, 2019), and Amos Chaneros (June 25, 2019).

Dated this <u>8th</u> day of July 2019.

      Respectfully submitted,

      <u>Brian H. Pollock, Esq.</u>
      Brian H. Pollock, Esq.
      Fla. Bar No. 174742
      brian@fairlawattorney.com
      FAIRLAW FIRM
      7300 N. Kendall Drive
      Suite 450
      Miami, FL 33156
      Tel:    305.230.4884
      *Counsel for Plaintiff*