## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-61549-ALTMAN/HUNT

Plaintiff:
**OFER ALIANI**

vs.

Defendant:
**YUM BERRY, LLC, and AMOS CHANERO**

For:
Brian Pollock, Esq.
Fair Law Firm
7300 N. Kendall Drive, Suite 450
Miami, FL 33156

Received by Miami PSPI, LLC on the 24th day of June, 2019 at 9:22 am to be served on **AMOS CHANERO, 5320 S.W. 32 Avenue, Fort Lauderdale, FL 33312**.

I, Ugochukwu Nwabueze, do hereby affirm that on the **25th day of June, 2019** at **10:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MEITAL CHANERO (spouse)** as **Co-Resident** at the address of: **5320 S.W. 32 Avenue, Fort Lauderdale, FL 33312**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State statute, § 48.031(1)(a).

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 155, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Ugochukwu Nwabueze**
SPS 850 CPS 2240

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2019000731

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c