UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-61549-ALTMAN/HUNT

OFER ALIANI,

    Plaintiff,

vs.

YUM BERRY, LLC, and
AMOS CHANERO,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY
AT THE STATUS CONFERENCE ON DECEMBER 18, 2019**

Plaintiff, Ofer Aliani, requests that his counsel be permitted to appear telephonically at the Status Conference to be held on December 18, 2019 based on the following good cause:

1. Irreconcilable differences arose between undersigned counsel and Plaintiff that make it impossible for the undersigned to continue to effectively represent him in this action, such that the undersigned filed a Motion to Withdraw as counsel for Plaintiff. [ECF No. 33.]

2. Defendants responded that they <u>did not object</u> to the Court's permitting the undersigned to withdraw as counsel for Plaintiff, but were concerned about obtaining a ruling on the Motion to Compel Arbitration and Stay Proceedings. [ECF No. 34.]

3. The Court next scheduled a status conference to occur on December 18, 2019 at 2:15 p.m. [ECF Nos. 37, 38.]

4. The undersigned looks forward to appearing in person before His Honor, as he has not yet done so, but requests that the opportunity be deferred.

5. Due to the pending Motion to Withdraw and considering that attending the hearing would require the undersigned – as a solo practitioner – to travel from south Miami-Dade County to the Federal Courthouse in downtown Fort Lauderdale, the undersigned respectfully requests that he be permitted to attend the Status Conference telephonically.

6. After conferring on this issue, defense counsel <u>did not oppose</u> the request for the undersigned to appear telephonically at the December 18, 2019 Status Conference.

WHEREFORE Brian H. Pollock, Esq., of the FairLaw Firm, requests the Court to permit him to appear telephonically at the Status Conference scheduled for December 18, 2019 at 2:15 p.m.

## **RULE 7.1 CERTIFICATION**

Counsel for the movant has conferred with all parties or non-parties ho may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that Defendants <u>did not oppose</u> the relief requested herein.

                                                         FAIRLAW FIRM
*Counsel for Plaintiff*

<u>s/Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.

Respectfully submitted this 12th day of December 2019,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:   305.230.4884
brian@fairlawattorney.com
*Counsel for Plaintiff*