**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:19-cv-61549-RKA

OFER ALIANI,

    Plaintiff,

v.

YUM BERRY, LLC, and AMOS CHANERO,

    Defendants.

_____/

**NOTICE OF DISASSOCIATION OF COUNSEL**

    1.    Defendants in this action are represented by the firm, ADI AMIT, P.A. The undersigned has been employed by the firm, ADI AMIT, P.A., and in the course of his employment, was associated as representing the Defendants in this matter.

    2.    As of October 22, 2020, the undersigned will no longer be employed by the firm of ADI AMIT, P.A. Accordingly, after October 22, 2020, the undersigned will no longer be representing the Defendants or otherwise actively performing legal work for the Defendants in this matter.

    3.    However, the Defendants continue to be represented by the firm ADI AMIT, P.A. and Adi Amit, Esquire.

    WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be associated with representing the Defendants in this action, and respectfully requests that the clerk of the Court remove the undersigned as counsel for the Defendants in this matter.

Respectfully submitted, this 22nd day of October, 2020.

> ADI AMIT, P.A.
> *Attorneys for Defendants*
> 101 Centre
> 101 NE Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Phone: (954) 533-5922
> Fax: (954) 302-4963
> Email: dallan@defenderofbusiness.com
>
> By: *s/ Dallan Vecchio*
> Dallan Vecchio, Esquire
> Florida Bar No. 1015654

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2020, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all electronic filing recipients, via transmission of Notices of Electronic Filing generated by CM/ECF.

> *s/ Dallan Vecchio*
> Dallan Vecchio, Esquire